No. 88–1482.  OKLAHOMA CORPORATION COMMISSION *v.* ANR PIPELINE CO. ET AL.  C. A. 10th Cir.  Motion of Public Service

Company of Oklahoma et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.